IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TEDDY CHIQUITO,

    Petitioner,

vs.                                               No. 1:18-cv-00963-KWR-SCY

UNITED STATES and
NAVAJO POLICE,

## JUDGMENT

**THIS MATTER** having come before the Court on the Petition for Writ of Error Coram Nobis filed by Petitioner, Teddy Chiquito (Doc. 1) and the Court having entered its Memorandum Opinion and Order (Doc. 7) dismissing the Petition,

**IT IS ORDERED** that the Petition for Writ of Error Coram Nobis filed by Petitioner, Teddy Chiquito (Doc. 1) is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**